**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| The Parts Place, Inc., ) | No. CV05-688-TUC-JCG |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER TO SHOW CAUSE** |
| vs. ) | |
| ) | |
| Memory Lane Muscle Cars, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff's Complaint (Doc. No. 1) was filed on November 17, 2005. On November 17, 2005, the Court issued a summons for Defendant (Doc. No. 2). A review of the Court's file reflects that service on Defendant has not been completed. Federal Rule of Civil Procedure 4(m) provides:

> (m) Time Limit for Service. If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country pursuant to subdivision (f) or (j)(1).

Under the foregoing rule, service in this matter should have been completed by March 16, 2006.

IT IS THEREFORE ORDERED that within twenty days of the filing of this

Order, Plaintiff shall file a memorandum showing cause why this matter should not be dismissed for failure to effect service on Defendant.

DATED this 24th day of March, 2006.

_____
Jennifer C. Guerin
United States Magistrate Judge