IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Parts Place, Inc.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Memory Lane Muscle Cars,<br><br>　　　　　Defendant. | No. CV 05-688-TUC-FRZ (JCG)<br><br>**ORDER** |

Plaintiff filed the Complaint in this action on November 17, 2005. The Clerk of the Court issued summons that same date. This matter was originally assigned to Magistrate Judge Jennifer C. Guerin.

On March 24, 2006, Judge Guerin issued an Order to Show Cause why this action should not be dismissed for failure to effect service on the Defendant. Notwithstanding a letter from Plaintiff explaining why Defendant could not be timely served, Judge Guerin properly found that Plaintiff failed to show cause why this action should not be dismissed for failure to serve.

Magistrate Judge Guerin issued her Report and Recommendation, filed April 20, 2006, recommending that the District Court, after its independent review of the record, enter an order dismissing this case without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

A copy of the Report and Recommendation was provided to all parties. No objections were filed.

1 | The Court, having made an independent review of the record herein, finds that Plaintiff
2 | failed to comply with Rule 4(m), FED.R.CIV.P, to timely serve the Defendant with a copy of
3 | the Complaint and summons and failed to comply with the Order to Show Cause. Accordingly,
4 | **IT IS ORDERED** that Magistrate Judge Guerin's Report and Recommendation is hereby
5 | **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court;
6 | **IT IS FURTHER ORDERED** that this action is hereby dismissed without prejudice
7 | pursuant to the provisions of Rule 4(m) and Rule 41(b).
8 | Judgment shall be entered accordingly.
9 |
10 | DATED this 27th day of June, 2006.

FRANK R. ZAPATA
United States District Judge